**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KATHLEEN CLARK AND KEVIN CLARK,     :   No. 293 MAL 2022
AS ADMINISTRATORS OF THE ESTATE    :
OF REBECCA L. CLARK,     :
    :
    :   Petition for Allowance of Appeal
            Petitioners     :   from the Order of the
    :   Commonwealth Court
    :
           v.     :
    :
    :
THE SCHUYLKILL CANAL ASSOCIATION,   :
INC. AND MONTGOMERY COUNTY OF    :
PENNSYLVANIA, COMMONWEALTH OF    :
PENNSYLVANIA, UPPER PROVIDENCE    :
TOWNSHIP,     :
    :
           Respondents     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 10th day of January, 2023, the Petition for Allowance of Appeal is

**DENIED**.